JS-6

Angela Pak CA Bar No. 240177
angela.pak@ogletree.com
Tiffany S. Woods CA Bar No. 257075
tiffany.woods@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:   714-800-7900
Facsimile:    714-754-1298

Attorneys for Defendant Clean Harbors
Environmental Services, Inc.

Ruben Guerra, Esq.
Tizoc Perez-Casillas, Esq.
GUERRA & CASILLAS, LLP
617 South Olive Street, Suite 1206
Los Angeles, CA 90014
Telephone:   213-437-9495
Facsimile:    213-342-5503
ruben@guerracasillas.com
tizoc@guerracasillas.com

Attorneys for Plaintiff Kirk Knostman

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| KIRK KNOSTMAN, an Individual,<br><br>            Plaintiff,<br><br>     v.<br><br>CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., a Corporation Doing Business in California; SAFETY-CLEAN ENVIROSYSTEMS COMPANY, INC., a California Corporation; SCOTT BROCK, an Individual; and DOES 1 through 10, Inclusive,<br><br>            Defendants. | Case No. CV 21-980-GW-MRWx<br><br>**ORDER RE STIPULATION FOR VOLUNTARY DISMISSAL**<br><br>State Court<br>Action Filed:   February 5, 2020<br>Trial Date:       December 14, 2021<br>District Judge:  Hon. George H. Wu<br>Magistrate Judge: Hon. Michael R. Wilner |

LA21CV00980GW-O JS-6 docx

Case No. CV 21-980-GW-MRWx
[PROPOSED] ORDER RE STIPULATION FOR VOLUNTARY DISMISSAL

    Pursuant to the parties Stipulation, IT IS HEREBY ORDERED that the case be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Further, all parties are to bear their own costs and fees incurred in this instant action.

Dated: September 20, 2021

    */s/ George H. Wu*
_____
HON. GEORGE H. WU,
U.S. DISTRICT JUDGE